GO11-10(b)) / RM    /195

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:  Scott Dale Madle and Helen Theresa Madle        CASE NO:    3:09-bk-70949 B
                                                                                                        Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on 01/12/2011 requiring the Debtors to make specific payments to the Trustee. The order further provided that the case was to be dismissed if the payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtors to comply with the court's order of 01/12/2011.

IT IS SO ORDERED.

Date: 05/18/2011                                                   /s/   Ben T. Barry
                                                                            Ben T. Barry
                                                                            U.S. Bankruptcy Judge

cc:  Mark T. McCarty, Trustee

Tim Weaver
216 W Cherry
Rogers, AR  72756-4520

Scott Dale Madle and Helen Theresa Madle
4307 September Lane
Harrison, AR  72601

All Creditors